# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

CHARLES ISAAC WILSON, JR.                                                                PLAINTIFF
ADC #79592

V.                                           NO: 4:12CV00059 SWW

ARKANSAS, STATE OF                                                                        DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of February, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE