# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

CHARLES ISAAC WILSON, JR.  PLAINTIFF
ADC #79592

V.  NO: 4:12CV00059 SWW

ARKANSAS, STATE OF  DEFENDANT

## **ORDER**

Plaintiff Charles Isaac Wilson, Jr.'s motion for reconsideration [doc.#13] of this Court's Order and Judgment adopting the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young and dismissing plaintiff's complaint with prejudice has been considered by the Court and is hereby denied.

IT IS SO ORDERED this 16th day of March 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE